IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RACHEL HIGGINS, as personal representative of**
**the ESTATE OF JOHN T. SANCHEZ,**

    Plaintiff,

vs.   No. 1:24-CV-00167-MIS-DLM

**BERNALILLO COUNTY BOARD OF**
**COMMISSIONERS, JASON JONES, in his capacity**
**as Chief of the Metropolitan Detention Center and in**
**his individual capacity, STEPHEN GABALDON, in his**
**capacity as a jailer at the Metropolitan Detention**
**Center and in his individual capacity,**
**CORIZON HEALTH OF NEW MEXICO, LLC,**
**and NATASHA BUSTAMANTE,**

    Defendants.

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND CORRESPONDING PRETRIAL DEADLINES

THIS MATTER is before the Court on the Joint Motion to Continue Trial and Corresponding Pretrial Deadlines ("Joint Motion"), submitted by Plaintiff and Defendants Corizon Health of New Mexico, LLC, and Natasha Bustamante[1] (together, the "Parties") on September 18, 2025. ECF No. 120. The Court HEREBY FINDS that the Joint Motion is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the jury trial in this matter currently scheduled to begin on December 1, 2025, is continued and will be rescheduled for October 12, 2026, in the Guadalupe

---

[1] Plaintiff Rachel Higgins, as personal representative of the Estate of John T. Sanchez and Defendants Bernalillo County Board of Commissioners, Jason Jones, and Stephen Gabaldon ("County Defendants") notified the Court on July 25, 2025, that they have reached a settlement agreement. ECF No. 94. As such, the County Defendants have not moved with the remaining Parties to continue trial.

Courtroom of the United States District Court of New Mexico Courthouse located in Las Cruces, New Mexico.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE